Robert A. Callahan, Oregon State Bar Number 880263
E-mail address: racallahan@mac.com
405 N.W. 18th Avenue
Portland, Oregon 97209
Telephone: (503) 228-0930
Facsimile : (503) 221-1632

Attorney for Plaintiff, Sherry Dooley.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SHERRY DOOLEY,

               Plaintiff,

     v.

MIGUEL SANDOVAL, an individual, and
AIRBNB INC., a foreign corporation doing
Business in Oregon,

               Defendants.

No. 3:20-cv-1537-BR

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AIRBNB INC. ONLY**

Based upon the stipulation below, and the Court being fully advised herein,

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii),

that is action is dismissed in its entirety as to defendant Airbnb, Inc. only, with prejudice, and

without costs or fees to any party. All other claims and parties shall remain.

DATED this 19th day of July, 2021.

/s/ Anna J. Brown
By_____
          Hon. Anna J. Brown

Page 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO
           DEFENDANT AIRBNB, INC. ONLY